# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:07cr0086 OWW |
| Plaintiff, ) | |
| v. ) | ORDER TO UNSEAL PRETRIAL SERVICES VIOLATION PETITION |
| DORIAN RASHAD POWELL, ) | |
| Defendant. ) | |

The Court hereby ORDERS the Pretrial Services Violation Petition filed in the instant action BE UNSEALED.

IT IS SO ORDERED.

Dated:   **August 1, 2007**              **/s/ Dennis L. Beck**
                                                     UNITED STATES MAGISTRATE JUDGE

1