1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DORIAN RASHAD POWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:07-cr-00086 OWW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| v. | ) ) | |
| DORIAN RASHAD POWELL, | ) ) | Date: March 31, 2008 Time: 9:00 A.M. |
| Defendant. | ) ) ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for February 25, 2008, **may be continued to March 31, 2008 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow time for consideration of the government's plea offer in this matter and for further defense investigation prior to the hearing.  The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
3   3161(h)(8)(B)(i) and (iv).

4                                                                   McGREGOR M. SCOTT
                                                                    United States Attorney
5

6   DATED: February 20, 2008                By  /s/ Mark J. McKeon
                                                 MARK J. McKEON
7                                                Assistant United States Attorney
                                                 Attorney for Plaintiff
8

9                                                                   DANIEL J. BRODERICK
                                                                    Federal Defender
10

11  DATED: February 20, 2008                By  /s/ Carrie S. Leonetti
                                                 CARRIE S. LEONETTI
12                                               Assistant Federal Defender
                                                 Attorney for Defendant
13                                               DORIAN RASHAD POWELL

14

15                                          **ORDER**

16      **IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and
17  3161(h)(8)(B)(i) and (iv).

18

19      IT IS SO ORDERED.

20  **Dated:   February 21, 2008**            /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28