DANIEL J. BRODERICK, #89424
Federal Defender
CARRIE S. LEONETTI, #252052
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DORIAN RASHAD POWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DORIAN RASHAD POWELL, <br><br> Defendant. | NO. 1:07-cr-00086 OWW <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER <br><br> Date: April 14, 2008 <br> Time: 9:00 A.M. <br> Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for March 31, 2008, **may be continued to April 14, 2008 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for on-going plea negotiation, review of supplemental discovery material and additional defense investigation prior to the hearing. The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

McGREGOR M. SCOTT
United States Attorney

DATED: March 27, 2008     By  /s/ Mark J. McKeon
MARK J. McKEON
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: March 27, 2008     By  /s/ Carrie S. Leonetti
CARRIE S. LEONETTI
Assistant Federal Defender
Attorney for Defendant
DORIAN RASHAD POWELL

**ORDER**

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   March 27, 2008**            /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE