DANIEL J. BRODERICK, #89424
Federal Defender
CARRIE S. LEONETTI, #252052
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DORIAN RASHAD POWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:07-cr-00086 OWW |
| Plaintiff, ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| v. ) ) | |
| DORIAN RASHAD POWELL, ) ) | Date: April 28, 2008 Time: 9:00 A.M. |
| Defendant. ) ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for April 14, 2008, **may be continued to April 28, 2008 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for on-going plea negotiation and additional defense investigation prior to the hearing. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

          McGREGOR M. SCOTT
          United States Attorney

DATED: April 10, 2008          By  /s/ Mark J. McKeon
          MARK J. McKEON
          Assistant United States Attorney
          Attorney for Plaintiff

          DANIEL J. BRODERICK
          Federal Defender

DATED: April 10, 2008          By  /s/ Carrie S. Leonetti
          CARRIE S. LEONETTI
          Assistant Federal Defender
          Attorney for Defendant
          DORIAN RASHAD POWELL

**ORDER**

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   April 10, 2008**          /s/ **Oliver W. Wanger**
          UNITED STATES DISTRICT JUDGE