ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California  93721
Telephone:     (559) 237-6000
Facsimile:     (559) 233-6044

Attorney for Defendant, DORIAN POWELL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　) <br>　　　　Plaintiff,　　　　　　) <br>　　　　　　　　　　　　　　　　) <br>　　v.　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　) <br>DORIAN POWELL,　　　　　) <br>　　　　　　　　　　　　　　　　) <br>　　　　Defendant.　　　　) <br>_____ ) | CASE NO.  1:07-CR-00086 AWI<br><br>STIPULATION AND<br>ORDER TO CONTINUE<br>SENTENCING HEARING |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing currently calendared for October 21, 2013 be continued to October 28, 2013 at 10:00 a.m. before the Honorable Anthony W. Ishii.

The Continuance is needed to afford defense counsel sufficient time to prepare and submit a sentencing memorandum in response to the SUPERVISED RELEASE VIOLATION/DISPOSITIONAL MEMORANDUM received from the probation officer on October 15, 2013.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

1   **DATED:  October 17, 2013**                    **/s/ Grant Rabenn_____**
                                                     **GRANT RABENN**
2                                                    **Assistant United States Attorney**
                                                     **This was agreed to by Mr. Rabenn**
3                                                    **via telephone on October 17, 2013**

4

5

   **DATED:  October 17, 2013**                      **/s/ Roger K. Litman_____**
6                                                    **ROGER K. LITMAN**
                                                     **Attorney for Defendant**
7                                                    **DORIAN POWELL**

8

9

10  IT IS SO ORDERED.

11
   Dated:  _October 17, 2013_        _____
12                                     SENIOR  DISTRICT  JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28