BENJAMIN B. WAGNER
United States Attorney
MARK J. McKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:07-CR-00086-AWI |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE ON PETITION TO REVOKE SUPERVISED RELEASE; FINDINGS AND ORDER |
| v. | |
| DORIAN RASHAD POWELL, | DATE: March 2, 2016 |
| Defendant. | TIME: 1:30 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on a petition to revoke supervised release on March 2, 2016.

2. By this stipulation, defendant now moves to continue the status conference until March 16, 2016.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Defendant's counsel recently had knee surgery, and is still recuperating from this surgery. In addition, defendant's counsel requires additional time to conduct investigation and research related to the charges, to review discovery for this matter, and to consult with his client.

    b) Defendant believes that failure to grant the above-requested continuance would

deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c)    The government does not object to the continuance.

IT IS SO STIPULATED.

Dated: March 1, 2016                 BENJAMIN B. WAGNER
                                           United States Attorney

                                             /s/ MARK J. McKEON
                                             MARK J. McKEON
                                             Assistant United States Attorney

Dated: March 1, 2016                 /s/ ROGER K. LITMAN
                                             ROGER K. LITMAN
                                             Counsel for Defendant
                                             DORIAN RASHAD POWELL

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED that the 1st Status Conference re Violation of Supervision as to Dorian Rashad Powell is continued from March 2, 2016 to March 16, 2016 at 1:30PM before Judge McAuliffe's Duty calendar.

IT IS SO ORDERED.

Dated**: March 1, 2016**                         /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE