# UNITED STATES DISTRICT COURT
## Eastern District of California

## Superseding Petition For Warrant or Summons For Offender Under Supervision

**Name of Offender:**  Dorian Rashad Powell     **Docket Number:**   0972 1:07CR00086

**Name of Judicial Officer**:  Senior United States District Judge Anthony W. Ishii

**Date of Original Sentence:**  9/22/2008

**Original Offense:** Count 1 - 18 U.S.C. § 1029(a)(5) and 3147 – Access Device Fraud Committed While on Release (Class C Felony); Count 2 – 18 U.S.C. § 1028(A) – Aggravated Identity Theft (Class E Felony)

**Original Sentence:** 65 Months Bureau of Prisons; 36 Months Supervised Release; $200 Special Assessment; $19, 236 Restitution; Mandatory Drug Testing; No Firearms

**Special Conditions:**

Warrantless Search
No Dissipation of Assets
Financial Disclosure
Financial Restrictions
Drug/Alcohol Testing
Computer Inspection
Third Party Disclosure
No New Additional Lines of Credit
No Access to Any On-line Computer Service

**Type of Supervision:**   Supervised Release

**Date Supervision Commenced:**   5/8/2012

**Other Court Actions:**

**06/18/2013:**   Probation Form 12C, Petition for Warrant, filed with the Court, charging 1) Unauthorized Additional Lines of Credit without the Approval of the Probation Officer; 2) Possession of a Device That Has Access to Any On-

RE: **Dorian Rashad Powell**                               Docket Number: 0972 1:07CR00086

|  |  |
|---|---|
|  | Line Computer Services; and 3) Failure to Notify Probation Officer of Law Enforcement Contact. A no bail warrant was issued on June 18, 2013. |
| **06/27/2013:** | The offender was arrested by the United States Marshals Service. |
| **08/09/2013:** | The offender appeared before United States Magistrate Judge Barbara A. McAuliffe for an Initial Appearance and admitted to Charges 1 and 2. Charge 3 is to be dismissed at sentencing. At the Detention Hearing, the offender was detained and a Dispositional Hearing was scheduled. |
| **10/28/2013:** | Supervised Release revoked, sentenced to 9 months Bureau of Prisons; 24 months Supervised Release. All previously imposed standard conditions to remain in effect with the following special conditions: Warrantless Search; No Dissipation of Assets; Financial Disclosure; No New Additional Lines of Credit; Cell Phone Restriction; Computer Search and Monitoring. |
| **03/26/2014:** | Released from BOP and Supervised Release re-commenced. |
| **09/14/2015:** | Probation Form 12B modification submitted requiring the offender to participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol. |
| **01/27/2016:** | Probation Form 12C, Petition for Summons, filed with the Court, charging Failure to Participate in Drug Testing as Directed. The Court approved the request for summons and scheduled a date for February 9, 2016. |
| **02/09/2016:** | Offender appeared before the Honorable U.S. Magistrate Judge Jennifer L. Thurston and entered a Denial. The matter was continued for a Status Hearing on March 16, 2016. |
| **03/16/2016:** | Offender appeared before the Honorable U. S. Magistrate Judge Barbara A. McAuliffe. At the request of Defense Counsel, the matter was continued for a second Status Hearing on May 18, 2016, to allow U. S. Probation additional time to submit discovery. |

**PETITIONING THE COURT**

RE: **Dorian Rashad Powell**                        **Docket Number: 0972 1:07CR00086**

☒ **OTHER: The probation officer respectfully recommends the Petition for Summons filed on January 27, 2016, be dismissed and Mr. Powell allowed to terminate from supervised release immediately.**

**Justification:** At this time, U. S. Probation does not have sufficient evidence to continue this supervised release violation. Therefore, it is respectfully recommended the Petition for Summons filed on January 27, 2016, be dismissed.

It should be noted, Mr. Powell owes a balance of $196,111.70 towards his restitution. He will be unable to satisfy the entire balance upon termination. Additionally, the case will be referred to the U. S. Attorney's Office – Financial Litigation Unit in Sacramento, California to monitor the collection of restitution.

I declare under penalty of perjury that the following is true and correct.

**EXECUTED ON:**   April 13, 2016
                                Bakersfield, California

                                                                Respectfully submitted,
                                                                **/s/ J. C. Hill**


                                                                **J. C. Hill**
                                                                **United States Probation Officer**
                                                                Telephone: (661) 321-3818

**DATED:**   4/13/2016                         Reviewed by,
                                                                **/s/ Lonnie E. Stockton**


                                                                **Lonnie E. Stockton**
                                                                **Supervising United States Probation Officer**

RE: **Dorian Rashad Powell**                                Docket Number: 0972 1:07CR00086

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒  **Dismissal of Petition for Summons filed on January 27, 2016, and Mr. Powell allowed to terminate from supervised release immediately.**

☐  Other:


IT IS SO ORDERED.

Dated:   April 13, 2016                          _____
                                                                   SENIOR  DISTRICT  JUDGE